NUMBER 13-04-200-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
DANEVANG FARMERS COOPERATIVE SOCIETY, ET AL.,    Appellants,

v.

LEGGETT & PLATT, INC., ET AL.,                                      Appellees.
____________________________________________________________________

On appeal from the 329th District Court
of Wharton County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellants, DANEVANG FARMERS COOPERATIVE SOCIETY, ET AL., attempted
to perfect an appeal from an order entered by the 329th District Court of Wharton
County, Texas, in cause number 37,852-S. Appellants have filed a motion to dismiss
the appeal. Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 22nd day of July, 2004.